JUN 0 4 2008

PAUL J. MADDEN
ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108

**MEMO ENDORSED**

P2

TELEPHONE: (718) 624-0964
FACSIMILE: (718) 237-1393

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/04/08

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

June 4, 2008

re:  U.S.A. v. Anthony Danna
     07 Cr. 1159 [RMB]

By Facsimile

Dear Judge Berman:

    I respectfully am writing to Your Honor as a follow-up to yesterday's court session and the issue of the request upon consent to revise the current bail conditions. The proposed revisions relate to approval by Your Honor to allow release of Mr. Danna on bail on the following conditions, among others to be described below, upon the signing of the bond by <u>one</u> [instead of two] co-signor and that Mr. Danna be subject to home detention and electronic monitoring. I am enclosing a copy of the current bail bond which was signed yesterday by the approved co-signor, Mr. Danna's father. I have conferred with Mr. Luis Piedra, the Pretrial Services Officer, who has recommended the above revisions. I also have conferred with David O'Neil, Esq., the Assistant United States Attorney who represents the government. He consents to the release of Mr. Danna upon the above revisions and the below described conditions. He also consents to Mr. Danna's release upon the signing of the bond by Mr. Danna and his father, Mr. Joseph Danna, the co-signor, while and before the electronic monitoring system is being set up. It may take until Friday, according to Mr. Piedra, to complete its process since Mr. Danna, who will live with his parents in Nanuet, New York, likely will be supervised by its White Plains Office. Mr. Danna has been produced today at the Courthouse in order to sign the bond should Your Honor approve the request to revise the bail conditions.

It, therefore, respectfully is requested that Your Honor order the revision of the bail conditions to read as follows:

$200,000 personal recognizance bond to be co-signed by one financially responsible person; travel restricted to the SDNY and EDNY; surrender travel documents [and no new applications]; strict pre-trial supervision; drug testing and, if necessary, treatment; home detention with electronic monitoring and permission to leave home restricted to medical emergencies, attendance at court sessions, visits/meetings with lawyer, appointments with pre-trial services officer and attendance at mental/physical health programs approved by the pre-trial services officer; release upon signing of bond by Mr. Danna and one co-signor; and electronic monitoring procedure to be completed by Friday, June 6, 2008.

Should Your Honor approve the bail revisions I will forward to Mr. Piedra and Mr. O'Neal and follow-up with the Magistrate Clerk where Mr. Danna and his father, Mr. Joseph Danna, will sign the bond.

Thank you for Your Honor's consideration of this request.

Respectfully yours,

Paul Madden
PAUL MADDEN
Attorney for Mr. Danna

cc: David O'Neil, Esq.
    Assistant United States Attorney [by facsimile]

    Mr. Luis Piedra
    United States Pre-Trial Services Officer [by facsimile]

    attachment

*Application Granted, on consent*

SO ORDERED:
Date: 6/4/08

Richard M. Berman, U.S.D.J.

$200,000 PRB TO BE COSIGNED BY 2 FRP'S; TRAVEL RESTRICTED TO SDNY/EDNY; SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS); DEFENDANT TO BE RELEASED UPON 1 FRP.

AO 98   (Rev. 11/07) Appearance Bond

# UNITED STATES DISTRICT COURT

Southern   District of   New York

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

ANTHONY DANNA

Defendant

Case Number:   07 CR 1159 (RMB)

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 200,000 , and there has been deposited in the Registry of the Court the sum of
$ XXXXXXXXXXXXXXXXXXXXXXX in cash or XXXXXXXXXXXXXXXXXXXXXXX (describe other security).

The conditions of this bond are that the defendant   ANTHONY DANNA
                                                       Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   June 3, 2008   at   500 Pearl Street, New York, New York 10007
                           Date                              Place

Defendant   X _Joseph Danna_
            ANTHONY DANNA

Surety      JOSEPH DANNA

Surety

Signed and acknowledged before me on   June 3, 2008
                                         Date

_____ as to AD
Signature of Judge/Clerk

Bond Approved:
Signature of AUSA DAVID O'NEIL

06/04/08 WED 09:25 [TX/RX NO 8396]