PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

U.S.A. vs. Anthony Danna     Docket No. 07 CR 1159

Petition for Action on Conditions of Pretrial Release

COMES NOW, Margaret A. Smusz, Supervising Pretrial Services Officer, presenting an official report upon the conduct of defendant, who was placed under pretrial release supervision by the Honorable Richard M. Berman sitting in the Court on 6/3/08, under the following conditions:

$200,000 PRB to be co-signed by 1 FRP, travel restricted to the SDNY and EDNY, surrender passport and make no new applications for travel documents, strict PSA supervision to include drug testing and treatment if deemed appropriate and home detention with electronic monitoring. The defendant was permitted to leave his home for medical appointments, attorney visits, court appearances, mental health/substance abuse counseling and to meet with PSA.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

See Attached Memo to the Court dated June 13, 2008

PRAYING THAT THE COURT WILL ORDER that the defendant's bail conditions be modified to remove the condition of home detention and include the condition of curfew enforced by electronic monitoring. Curfew to be imposed from 4:00 pm through 7:00 am, daily.

ORDER OF COURT

Considered and ordered this 16th day of June, 2008 and ordered filed and made a part of the records in the above case.

RMB
U.S. District Judge
6/16/08

Respectfully,

Margaret Smusz
U.S. Pretrial Services Officer

Place:

Date: June 13, 2008