

PAUL J. MADDEN
ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108
TELEPHONE: [718] 624-0964
FACSIMILE: [718] 237-1393

Hon. Richard M. Berman
United States District Judge          June 27, 2008
United States District Court
Southern District of New York    re: U.S.A. v. Anthony Danna
500 Pearl Street                      07 Cr. 1159 [RMB]
New York, New York 10007

Dear Judge Berman:

   I am writing to Your Honor respectfully to request that my client, Mr. Danna's curfew be extended from 4:00 p.m. to 9:00 p.m., such that he may be out of his home between 9:00 a.m. and 9:00 p.m. on Friday, July 4, 2008. Mr. Danna's current bail conditions include a curfew enforced by electronic monitoring whereby Mr. Danna must be home between 4:00 p.m. and 7:00 a.m. Travel is permitted within the Southern and Eastern Districts of New York. David O'Neil, Esq., the Assistant United States Attorney who represents the government, and Ms. Margaret A. Smusz, the Pretrial Services Officer who supervises Mr. Danna, both consent to this request.

   Mr. Danna wishes to travel by automobile with his parents from Nanuet [Rockland County] to Centereach [Suffolk County], New York for a family gathering to celebrate the holiday of July 4th. It will be held at his cousin, Mr. Bernard Danna's home in Centereach. I have provided the address and telephone number to Ms. Smusz.

   Thank you on behalf of my client, Mr. Danna, for Your Honor's consideration of this request.

Respectfully yours,

Paul Madden
PAUL MADDEN
Attorney for Mr. Danna

cc: David O'Neil, Esq.
    Assistant United States Attorney

    Mr. Margaret A Smusz
    United States Pre-Trial Services Officer

*[Handwritten endorsement:]* Defendant's curfew on 7.4.08 is extended until 9:00 p.m. on consent.

SO ORDERED:
Date: 6-30-08
Richard M. Berman, U.S.D.J.