USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2008

RECEIVED
JUL 07 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

RECEIVED
JUL 7 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**MEMO ENDORSED p.2**

PAUL J. MADDEN
ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108
TELEPHONE: [718] 624-0964
FACSIMILE: [718] 237-1393

Hon. Richard M. Berman               July 5, 2008
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street              re:  U.S.A. v. Anthony Danna
New York, New York 10007           07 Cr. 1159 [RMB]

                                   By Facsimile

Dear Judge Berman:

    I am writing respectfully to Your Honor to request an adjournment of the conference which is scheduled for July 8, 2008 until September 3, 2008 at 12:30 p.m. David O'Neil, Esq., the Assistant United States Attorney who represents the Government, consents to this request. On Thursday, July 3, 2008 I did confer with Mr. O'Neil and, also, with Ms. Christine Murray, the Deputy Clerk. The above date and time are available to the Court and to the parties. There is a reasonable possibility that there will be a pre-trial disposition by that date.

    The reason for the request is that additional time will be needed to confer with my client regarding the case and possible disposition, to confer with Mr. O'Neil, and to work out arrangements, such as a safety interview, if there will be a pre-trial disposition. Vacations and trial schedules have necessitated the longer than usual requested adjournment. The defense consents to an exclusion of time through September 3, 2008 pursuant to 18 U.S.C.} 3161 so that the parties may discuss a possible pre-trial plea disposition.

    Thank you for Your Honor's consideration of this request.

                              Respectfully yours,
                              Paul M adden
                              PAUL MADDEN
                              Attorney for Mr. Danna

cc: David O'Neil, Esq.
    Assistant United States Attorney [by facsimile]

07cr 1159
USA v. Anthony Danna

> Adjournment granted on consent. Guilty plea, if any is referred to the Magistrate Judge. A conference is scheduled for 9·3·08 at 12:30 p.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 7-7-08    Richard M. Berman
> Richard M. Berman, U.S.D.J.