**MEMO ENDORSED**

**PAUL J. MADDEN**
ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108

TELEPHONE: [718] 624-0964
FACSIMILE: [718] 237-1393

RECEIVED JUL 17 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

July 17, 2008

re: U.S.A. v. Anthony Danna
    07 Cr. 1159 [RMB]

Dear Judge Berman:

I am writing to Your Honor respectfully to request Your Honor's approval for my client, Mr. Danna, to be out of his parent's home, where he lives in Nanuet, New York, from 6:30 a.m. on Saturday morning, July 19, 2008 until 4:00 p.m. on Monday afternoon, July 21, 2008, to travel with his parents to Moodus, Connecticut for a family weekend, which his parents had planned and had made reservations. Mr. Danna's current bail conditions include a curfew enforced by electronic monitoring whereby Mr. Danna must be home between 4:00 p.m. and 7:00 a.m. Travel is restricted to the Southern and Eastern Districts of New York.

Ms. Margaret A. Smusz, the Pretrial Services Officer who supervises Mr. Danna, consents to this request. I have provided the name, address, telephone number, and location to Ms. Smusz. She has asked me to inform Your Honor that [a] during this almost two and a half day period Mr. Danna will be off of electronic monitoring; [b] Mr. Danna has been in full compliance with the conditions of bail since his release in early June; and [c] he will be with and in the custody of his parents and not off somewhere on his own. I have telephoned and explained the request to David O'Neil, Esq., the Assistant United States Attorney who represents the government, and I have been waiting to learn his position on the request.

Thank you on behalf of my client, Mr. Danna, and his parents for Your Honor's consideration of this request.

*Application to travel granted on consent.*

Respectfully yours,
Paul Madden
PAUL MADDEN
Attorney for Mr. Danna

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2008

cc: David O'Neil, Esq.
    Assistant United States Attorney

    Mr. Margaret A Smusz
    United States Pre-Trial Services Officer

SO ORDERED:
Date: 7-17-08
Richard M. Berman
Richard M. Berman, U.S.D.J.