.008  10:48    7182371393        JACOB COHEN

**MEMO ENDORSED**

```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #: _____
                    DATE FILED: 9/4/08
```

PAUL J. MADDEN
ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108

TELEPHONE: (718) 624-0964
FACSIMILE : (718) 237-1393

September 2, 2008

Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007          re:   U.S.A. v. Anthony Danna
                                        07 Cr. 1159 [RMB]

Dear Judge Berman:

    I am writing respectfully to Your Honor to request an adjournment of the conference which is scheduled for September 3, 2008 until October 1, 2008 at 12:00 p.m. David O'Neil, Esq., the Assistant United States Attorney who represents the Government, consents to and joins in this request. Earlier today I did confer with Mr. O'Neil and also with Ms. Christine Murray, the Deputy Clerk. The above date and time are available to the Court and to the parties, subject to Your Honor's approval. There is a reasonable possibility that there will be a pre-trial disposition by or before that date.

    The reason for the request is that additional time will be needed to confer with my client regarding the case and possible disposition and to confer with Mr. O'Neil about a pre-trial disposition. The parties engaged in a safety valve interview last month. The defendant consents to an exclusion of speedy trial time during this period pursuant to 18 U.S.C } 3161.

    Thank you for Your Honor's consideration of this request.

Respectfully yours,

Paul Madden

Paul Madden
Attorney for Mr. Danna

cc: David O'Neil, Esq.
    Assistant United States Attorney [by facsimile]

    Ms. Margaret Smucz
    United States Pre-Trial Services Officer [by e-mail]

*[Handwritten endorsement:] Conference is adjourned to 10-1-08 at 12:00. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

SO ORDERED:
Date: 9-4-08

Richard M. Berman, U.S.D.J.

09/03/08  WED 11:27  [TX/RX NO 8703]